IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Cincearae Kelly | : | No.  22-11030-MDC |
| Debtor | : | |

ANSWER TO MOTION OF WILMINGTON TRUST, NATIONAL ASSOCIATION, AS
SUCCESOR TRUSTEE TO CITIBANK, N.A.
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
<u>AND CERTIFICATE OF SERVICE</u>

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied for lack of specific proof.

7. Admitted.

8. Denied.

9. Denied.

10. Denied because Debtor is being offered assistance to fully catch up her mortgage.

11. No objection.

12. Admitted.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

<u>/s/ David M. Offen</u>
David M. Offen
Attorney for Debtor

Dated: 07/25/2022

A copy of this Answer is being served on Rebecca A. Solarz, Esquire, and the Chapter 13 Trustee.