United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-11030-mdc |
| --- | --- |
| Cincearae Kelly | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 05, 2023 | Form ID: 155 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Cincearae Kelly, 6731 Lynford Street, Philadelphia, PA 19149-2127 |
| 14685666 | + PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14690968 | + Wilmington Trust, National Association, c/o Rebecca Solarz, Esquire, KML La Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 14685654 | + Email/Text: backoffice@affirm.com | Jan 06 2023 00:25:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14685655 | + Email/Text: ally@ebn.phinsolutions.com | Jan 06 2023 00:24:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14686346 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2023 00:26:05 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14692508 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jan 06 2023 00:26:04 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14688708 | Email/Text: megan.harper@phila.gov | Jan 06 2023 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14685656 | Email/Text: megan.harper@phila.gov | Jan 06 2023 00:25:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14685657 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2023 00:25:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14685658 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2023 00:25:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14685659 | ^ MEBN | Jan 06 2023 00:19:58 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14694058 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2023 00:26:06 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14686881 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jan 06 2023 00:25:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14702012 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 06 2023 00:24:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14685660 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |

District/off: 0313-2                        User: admin                                Page 2 of 3

Date Rcvd: Jan 05, 2023                     Form ID: 155                              Total Noticed: 25

| | | | Jan 06 2023 00:25:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14685662 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Jan 06 2023 00:25:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14685663 | | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Jan 06 2023 00:25:00 | Navy Federal Credit Union, P.O. Box 3300, Merrifield, VA 22119-3300 |
| 14685664 | + | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Jan 06 2023 00:26:08 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14694109 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Jan 06 2023 00:25:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14685665 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Jan 06 2023 00:25:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14685667 | + | Email/Text: bankruptcy@sw-credit.com | | |
| | | | Jan 06 2023 00:25:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14685668 | | Email/Text: bankruptcy@sunrisecreditservices.com | | |
| | | | Jan 06 2023 00:24:00 | Sunrise Credit Services, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 14688672 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jan 06 2023 00:24:00 | Wilmington Trust, National Association, c/o Charles Wohlrab, Esquire, Robertson Anschutz Schneid Crane & Partn, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14685669 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jan 06 2023 00:24:00 | Wilmington Trust, National Association, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14685661 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST,MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0313-2                         User: admin                                    Page 3 of 3

Date Rcvd: Jan 05, 2023                      Form ID: 155                                   Total Noticed: 25

CHARLES GRIFFIN WOHLRAB
                        on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A.,
                        AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST,MORTGAGE LOAN ASSET-BACKED
                        CERTIFICATES, SERIES 2005-FF12 cwohlrab@raslg.com

DAVID M. OFFEN
                        on behalf of Debtor Cincearae Kelly dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Cincearae Kelly
              Debtor(s)                                Chapter: 13

                                                       Bankruptcy No: 22–11030–mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

       AND NOW, this January 5, 2023 upon consideration of the plan submitted by the debtor
under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it
appearing that:


       A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation
hearing upon notice having been held;

        B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other
applicable provisions of title 11 U.S.C.;

       C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid
before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Magdeline D. Coleman
                                              Chief Judge ,
                                              United States Bankruptcy Court

                                                            43 – 10
                                                            Form 155