**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **Cincearae Kelly** | : | **No. 22-11030-PMM** |
| Debtor | : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. #___, the "Motion");

It is hereby **Ordered** that

1) The Motion is **Granted**; and

2) The Modified Plan (doc. #___) is **Approved.**

**Date:** _____

**HONORABLE PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**