|           |   |             |
|-----------|---|-------------|
| IN RE:    | : | CHAPTER 13  |
|           | : |             |
| Cincearae Kelly | : | No. 22-11030-PMM |
| Debtor    | : |             |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. #_57_, the "Motion");

It is hereby **Ordered** that

1) The Motion is **Granted**; and

2) The Modified Plan (doc. #_63_) is **Approved**.

*Patricia M. Mayer*

**Date:** 5/9/24

**HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE**