IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                : Chapter 13

Cincearae Kelly                       : Case No. 22-11030-MDC
xxx-xx-9749
  Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$361.50 EVERY TWO WEEKS.

The Employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

All prior Wages Orders are TERMINATED.

_____
HONORABLE PATRICIA M. MAYER   DATED:
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:          David M. Offen Esquire
Kenneth E. West, Trustee         The Curtis Center
P.O. Box 1799                    601 Walnut Street, Suite 160 West
Memphis, TN  38101-1799          Philadelphia, PA 19106
                                 (215) 625-9600

Payroll Controller
Philadelphia Naval Surface
Warfare Center
5001 South Broad Street
Philadelphia, PA 19112