IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Cincearae Kelly | : Case No. 22-11030-PMM |
| xxx-xx-9749 | |
| Debtor | |

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

<u>$361.50 EVERY TWO WEEKS.</u>

The Employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

All prior Wages Orders are TERMINATED.

DATED: **May 16, 2024**

HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>
Kenneth E. West, Trustee
P.O. Box 1799
Memphis, TN  38101-1799

Payroll Controller
Philadelphia Naval Surface
Warfare Center
5001 South Broad Street
Philadelphia, PA 19112

David M. Offen Esquire
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
(215) 625-9600