```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                           :     Chapter 13


   Cincearae Kelly                  :     Case No. 22-11030-djb
   xxx-xx-9749
        Debtor
```

## ORDER

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: November 3, 2025**

_____
**HONORABLE DEREK J. BAKER**
**UNITED STATES BANKRUPTCY JUDGE**


Philadelphia Naval Surface Warfare Center
attn: Payroll Controller
5001 South Broad Street
Philadelphia, PA 19112