IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Cincearae Kelly | : | No.  22-11030-djb |
| Debtor | : | |

CERTIFICATION OF NO RESPONSE TO
SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I hereby certify that I have received no answer, objection or other responsive pleading to the Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.


Dated: 11/12/2025         /s/ David M. Offen
                          David M. Offen
                          Attorney for Debtor(s)
                          The Curtis Center
                          601 Walnut Street, Suite 160 West
                          Philadelphia, PA 19106
                          215-625-9600
                          info@offenlaw.com