```
            IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


           IN RE:              :     CHAPTER 13
                               :
           Cincearae Kelly     :     No. 22-11030-DJB
                Debtor         :
```

**AMENDED SUPPLEMENTAL APPLICATION FOR APPROVAL OF COUNSEL FEES**

David M. Offen, Attorney for the above captioned debtor(s), hereby requests Approval of Counsel Fees for services rendered or to be rendered and in support states the following:

1. This Court has previously approved An Application for Counsel Fees in the amount of $5,875.00.

2. The Debtor has been charged the following for post-confirmation work in this case:

    Total Counsel Fee for post confirmation
    work in this case                                       $950.00

    Balance to be paid by Trustee in
    Post Confirmation Modified Chapter 13 Plan              $950.00


3.**X** The Modified Chapter 13 plan is adequately funded and the payment of any supplemental fees does not impact the funding of the plan.

4. The additional work consisted of the following:

| DATE | WORK PERFORMED | TIME |
|---|---|---|
| 7/14/23 | Notify client of Certificate of Default | .1 |
| 7/27/23 | Notify client of relief order and advise client to apply for loan modification based on mortgage debt and based on large income. | .5 |
| 9/8/23 | Email client loan modification package | .1 |
| 1/24/24 | Call client re: email regarding security clearance and background check | .1 |
| 2/6/24 | Email from title company regarding inheritance share from mother's property and title company counsel opinion re: bankruptcy and funds, Call to client and call to company | .4 |

| Date | Description | Hours |
|---|---|---|
| 2/26/24 | Email from client with copies of all documents for loan modification. | .1 |
| 2/27/24 | Email from client for loan modification approval | .1 |
| 3/7/24 | Email from client re: signed modification | .2 |
| 3/20/24 | File Motion to Modify plan with Modified plan after review the same with client | 1.0 |
| 4/3/24 | Contact court to carry MTM from 4/18/24 | .1 |
| 4/15/24 | File Certificate of No Objection | .1 |
| 4/22/24 | Email to trustee regarding MTM and loan modification | .1 |
| 4/25/24 | Hearing on MTM to be carried to 5/9 | .1 |
| 4/28/24 | Email from client regarding latest statement | .1 |
| 4/29/24 | Email from client regarding proof of payment | .1 |
| 4/30/25 | Email from debtor regarding monies regarding her share of inherited property, contact trustee regarding the same | .2 |
| 5/8/24 | Email to LeeAne. | |
| 5/8/24 | Prepare and file updated Modified plan | .3 |
| 5/9/24 | Call from LeeAne - update the proposed Order and onto the docket. | .2 |
| 5/20/24 | Email from client with requested proof of payment | .1 |
| 1/31/25 | Email from client re" mortgage monies owed on modification and monies from settlement of mother's estate. Call client and notify trustee | .2 |
| 2/1/25 | Email from client with a copy of the settlement sheet that was requested. | .1 |
| 4/30/25 | Email from debtor regarding monies regarding her share of inherited property. | |
| 6/17/25 | Call from client re:sale monies. Email to Block land transfer re: monies from sale | .1 |
| 6/23/25 | Email from Shari at Block transfer re: when monies will be paid to the trustee to pay off the case | .1 |
| 8/30/25 | Call from client regarding case and paid off | .1 |

| | | |
|---|---|---|
| **10/6/25** | **Inform client regarding trustee documents and Discharge** | **.2** |
| | **TOTAL TIME** | **4.8** |
| | **TOTAL FEE** | **$950.00** |

    Postage, telephone calls and copying charges are included in the legal fees charged the Debtor and are not billed separate. Counsel's hourly rate is charged at $335.00 per hour.

    WHEREFORE, David M. Offen, Attorney for the Debtor named above, respectfully requests that this Honorable Court enter an Order approving this Supplemental Application for Approval of Counsel Fees.

                                               **Respectfully Submitted,**

**Dated: 11/17/2025**                **/s/ David M. Offen**
                                          **David M. Offen**
                                          **Attorney for Debtor(s)**
                                          **The Curtis Center**
                                          **601 Walnut Street, Suite 160 West**
                                          **Philadelphia, PA 19106**
                                          **215-625-9600**
                                          **info@offenlaw.com**