United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                     Case No. 22-11030-djb

Cincearae Kelly                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                          Page 1 of 3
Date Rcvd: Nov 24, 2025                   Form ID: 138OBJ                      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cincearae Kelly, 6731 Lynford Street, Philadelphia, PA 19149-2127 |
| 14690968 | + | Wilmington Trust, National Association, c/o Rebecca Solarz, Esquire, KML La Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 25 2025 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 25 2025 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14685654 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 25 2025 01:03:02 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14686346 | ^ | MEBN | Nov 25 2025 00:42:48 | Ally Bank, Payment Processing Center, PO Box 660618, Dallas, TX 75266-0618 |
| 14685655 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 25 2025 00:47:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14692508 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 25 2025 01:03:02 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14688708 | | Email/Text: megan.harper@phila.gov | Nov 25 2025 00:48:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14685656 | | Email/Text: megan.harper@phila.gov | Nov 25 2025 00:48:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14685657 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 25 2025 00:48:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14685658 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 25 2025 00:47:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14832074 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 25 2025 00:48:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14685659 | ^ | MEBN | Nov 25 2025 00:42:38 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14694058 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 25 2025 01:02:47 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC |

Case 22-11030-djb   Doc 85   Filed 11/26/25   Entered 11/27/25 00:43:11   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2025 | Form ID: 138OBJ | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 14686881 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 25 2025 00:48:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14702012 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2025 00:47:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14685660 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 25 2025 00:48:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14685662 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 25 2025 00:48:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14685663 | | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 25 2025 00:48:00 | Navy Federal Credit Union, P.O. Box 3300, Merrifield, VA 22119-3300 |
| 14685664 | + | Email/PDF: cbp@omf.com | Nov 25 2025 01:03:13 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14694109 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 25 2025 00:48:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14685666 | ^ | MEBN | Nov 25 2025 00:42:39 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14685665 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 25 2025 00:48:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14685667 | + | Email/Text: bankruptcy@sw-credit.com | Nov 25 2025 00:48:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14685668 | | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 25 2025 00:47:00 | Sunrise Credit Services, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 14688672 | + | Email/Text: RASEBN@raslg.com | Nov 25 2025 00:47:00 | Wilmington Trust, National Association, c/o Charles Wohlrab, Esquire, Robertson Anschutz Schneid Crane & Partn, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14685669 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 25 2025 00:47:00 | Wilmington Trust, National Association, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14685661 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2025              Signature:         /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 24, 2025 | Form ID: 138OBJ | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2025 at the address(es) listed below:**

**Name**     **Email Address**

DAVID M. OFFEN
    on behalf of Debtor Cincearae Kelly dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST,MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12 bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE L. MCGOWAN
    on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST,MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12 mimcgowan@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 84 − 83

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Cincearae Kelly )    Case No. 22−11030−djb
)
)
Debtor(s). )    Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                Eastern District of Pennsylvania
                      900 Market Street
                           Suite 400
                     Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 24, 2025                                                                  For The Court

                                                                                                       Mohung Wong
                                                                                                       Clerk of Court