United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 22-11030-djb

Cincearae Kelly                                                                                    Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                              Page 1 of 2

Date Rcvd: Apr 17, 2026                          Form ID: 138FIN                                        Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

**Recip ID              Recipient Name and Address**
db               + Cincearae Kelly, 6731 Lynford Street, Philadelphia, PA 19149-2127

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 17 2026 17:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2026 17:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:**

**Name                        Email Address**

DAVID M. OFFEN
                        on behalf of Debtor Cincearae Kelly ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2                              User: admin                                    Page 2 of 2
Date Rcvd: Apr 17, 2026                          Form ID: 138FIN                                Total Noticed: 3

KENNETH E. WEST
                        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                        on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A.,
                        AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST,MORTGAGE LOAN ASSET-BACKED
                        CERTIFICATES, SERIES 2005-FF12 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN
                        on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A.,
                        AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST,MORTGAGE LOAN ASSET-BACKED
                        CERTIFICATES, SERIES 2005-FF12 mimcgowan@raslg.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 138FIN* (6/24)–doc 91 – 90

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
   Cincearae Kelly                              )        Case No. 22–11030–djb
                                     )
                                     )
   Debtor(s).                                   )        Chapter: 13
                                     )
                                     )

## <u>NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT</u>

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:


    The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.


    All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

    In the absence of any objection, the Court may approve the Trustee's Final Report and Account.


Date: April 17, 2026                                  For The Court

                                                    Mohung Wong
                                                  Clerk of Court